Opinion approved by the Court.

**Charles W. BROWN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28183.

Court of Criminal Appeals of Texas.

March 21, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty, is for the offense of driving while intoxicated; the punishment, 3 days in jail and a fine of $175.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**Fred WASHINGTON**

v.

**STATE.**

No. 28201.

Court of Criminal Appeals of Texas.

March 28, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the possession for the purpose of sale of intoxicating liquor in a dry area; the punishment, six months in jail and a fine of $500.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.